UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT GOLDFARB,

    Plaintiff,            No. 18-10278

v.                          District Judge Linda V. Parker
                           Magistrate Judge R. Steven Whalen

HOME DEPOT (U.S.A), INC.,

    Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on August 9, 2018,

(1) Defendant's motion to compel Plaintiff's deposition prior to Plaintiff's Rule 34 inspection [Doc. #19] is DENIED;

(2) Plaintiff's motion for protective order and to stay Plaintiff's deposition [Doc. #21] is GRANTED; and

(3) Plaintiff's motion to compel entry onto land for inspection [Doc. #22] is GRANTED.

The Plaintiff and the Plaintiff's expert, along with counsel, will conduct the inspection prior to the Plaintiff's deposition.

The Plaintiff will produce his answers to Defendant's interrogatories and requests to produce prior to the inspection.

IT IS SO ORDERED.

                                           s/ R. Steven Whalen
                                           R. STEVEN WHALEN
                                           UNITED STATES MAGISTRATE JUDGE

Dated: August 9, 2018

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was sent to parties of record on August 9, 2018, electronically and/or by U.S. mail.

                                      s/Carolyn M. Ciesla
                                      Case Manager to the
                                      Honorable R. Steven Whalen